UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-403 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DIPTI DILIP GANDHI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>: Accessory After the Fact to Credit Card Fraud and Aggravated Identity Theft

<u>Date of Detention Hearing</u>: September 15, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Complaint in the District of New Jersey with assisting her

husband, who had been charged with and arrested for Credit Card Fraud and Aggravated Identity Theft, in order to hinder or prevent his apprehension, trial and punishment. It is alleged that Defendant and her husband were apprehended while attempted to enter Canada in an effort to avoid prosecution. She is alleged to have had her sister's passport in her possession when arrested.

    (2)    Defendant has no ties to this District.

    (3)    Defendant poses a risk of nonappearance based on the circumstances of her apprehension for this offence, as well as lack of ties to this District. A further risk of nonappearance is indicated by virtue of the nature of the underlying credit card and identity theft charges. She does not pose a risk of danger.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of

01         an appearance in connection with a court proceeding; and

02   (4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of September, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge